IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE MEARS**                                                                     **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 1:17-CV-6-KS-MTP**

**LANCE FAGAN JONES**                                        **DEFENDANT**

### ORDER

On April 6 and 7, 2017, Plaintiff filed Motions to Strike [37, 39, 44] certain defenses asserted by Defendant. Defendant shall respond on or before **April 20, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Plaintiff wants to reply, he must do so within seven days of the filing of Defendant's response, but no later than **April 27, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Plaintiff's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Defendant's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __7th__ day of April, 2017.

                                                  __s/ Keith Starrett__
                                                  UNITED STATES DISTRICT JUDGE